Robert B. Owens  (SBN: 77671)
**OWENS AND GACH RAY**
10323 Santa Monica Bl., Ste. 102
Los Angeles, CA 90025
Phone: (310) 553-6611
Fax: (310) 553-2179
Attorneys for Third Party Plaintiff
Citizens of Humanity, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>             Plaintiffs,<br><br>    vs.<br><br>CITIZENS OF HUMANITY, LLC and DOES 1 through 10, inclusive,<br><br>             Defendants.<br><br>CITIZENS OF HUMANITY, LLC,<br><br>             Third Party Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a corporation, PEGGY L. DREW, an individual, and DOES 100-120, inclusive,<br><br>             Third Party Defendants. | SACV13-01564 JVS (DFMx)<br><br>[Hon. James V. Selna]<br><br>**[PROPOSED] ORDER DISMISSING THIRD PARTY COMPLAINT WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. §1367 AND F. R. CIV. P. RULE 41(a)(1)(A)(ii)** |

1

JOINT STIPULATION TO DISMISS THIRD PARTY COMPLAINT WITHOUT PREJUDICE, PURSUANT TO
28 U.S.C. §1367 AND F. R. CIV. P. RULE 41(a)(1)(A)(ii)

1 | Based upon the Stipulation of the parties filed concurrently herewith, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The First Amended Third Party Complaint filed herein by COH is dismissed, <u>without prejudice,</u> pursuant to 28 *U.S.C.* Section 1367 and Fed. R. Civ. P. Rule 41(a)(1)(A)(ii);

2. Any and all statutes of limitation as to the subject matter of the First Amended Third Party Complaint have been, and will continue to be, tolled during the pendency of this action and for 30 days after this Court dismisses the First Amended Third Party Complaint, pursuant to 28 *U.S.C.* Section 1367;

3. Each of the parties to this Stipulation shall bear her or its own costs and attorneys' fees incurred in this action.

DATED: January 30, 2015

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE